IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| VILLAGE VOICE MEDIA HOLDINGS, LLC,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>YELP INC.,   )<br>   )<br>   Defendant.   )<br>   ) | Case Action No. 2:12-cv-02285-MHB |

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

The above-captioned action has been settled to the satisfaction of the parties and, thus, Plaintiff files its voluntary notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties are to bear their own attorney's fees and costs.

/s/ Steven P. Suskin

Steven P. Suskin
Arizona Bar # 005850
1201 E. Jefferson St., Suite 100
Phoenix, AZ 85034
(602) 229-1005
(602) 744-6525 (fax)
Steve.suskin@newtimes.com

Attorney for Plaintiff

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2012, a true and correct copy of the foregoing Plaintiff's Voluntary Notice of Dismissal with Prejudice was filed with the Clerk of Court, and a copy of the foregoing was also emailed to the following counsel:

Mr. Aaron Schur
Senior Litigation Counsel
Yelp Inc.
aschur@yelp.com

*Attorney for Defendant Yelp Inc.*

                                                 s/ Steven P. Suskin